## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DEXTER DUREN, ET AL.**                                                                 **PLAINTIFFS**

**v.**                     **Case No. 5:13CV00347 KGB**

**URS CORPORATION**                                                                     **DEFENDANT**

### ORDER OF REASSIGNMENT

The above styled case was assigned to the docket of United States District Judge Kristine G. Baker, on November 8, 2013. Because the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. appears on the Court's recusal list and has entered an appearance as counsel for URS Corporation, the case should be reassigned.

The Clerk's Office is directed to issue a Notice of Reassignment.

Dated this 16th day of January, 2014.

                                                      AT THE DIRECTION OF THE COURT
                                                    JAMES W. McCORMACK, CLERK

                                                    BY: /s/ Debbie Craft
                                                          Courtroom Deputy to
                                                          U.S. District Judge Kristine G. Baker