U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

Date 3/28/2016

**Caption:** Duren et al v. URS Corporation

**Case No.:** 5:13-cv-00347-JM

**Appellant:** Dexter Duren, Dearthur Grice

**Appellant's Attorney(s):** Austin Porter , Jr.

**Appellees:** URS Corporation

**Appellee's Attorney(s):** Brian Anthony Vandiver

**Court Reporter(s):** ECRO - LaShawn Coleman

**Name of Person who prepared appeal:** Mary Zelhof, Deputy Clerk (501) 604-5358

| Length of Trial (# of days) | Fee Paid? Y/N: | IFP Granted? Y/N | Pending IFP Motion Pending? Y/N |
|---|---|---|---|
| N/A | Y | N | N |

| Counsel Retained/Appointed/Pro Se | Pending Motions? Y/N |
|---|---|
| Retained | Y* |

**CRIMINAL CASES ONLY:**

**Is defendant incarcerated?** _____

**Where?** _____
**Address of Defendant:** _____

Please list all other defendants in this case if there were multiple defendants:
_____

**Special Comments:** *Plaintiff's Motion for Extension of Time to File Appeal Pending