**United States Court of Appeals**
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 31, 2016

Mr. Austin Porter Jr.
Suite 1300
323 Center Street
Little Rock, AR  72201-0000

RE:  16-1778  Dexter Duren, et al v. URS Corporation

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs. If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

DMW
Enclosure(s)
cc:   Mr. Jim McCormack
      Mr. Brian A. Vandiver

District Court/Agency Case Number(s):   5:13-cv-00347-JM

**Caption For Case Number:   16-1778**

Dexter Duren; Dearther Grice

       Plaintiffs - Appellants

v.

URS Corporation

       Defendant - Appellee

**Addresses For Case Participants:   16-1778**

Mr. Austin Porter Jr.
Suite 1300
323 Center Street
Little Rock, AR  72201-0000

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Mr. Brian A. Vandiver
COX & STERLING
8712 Counts Massie Road
North Little Rock, AR  72113



**16-1778 Dexter Duren, et al v. URS Corporation "CIVIL case docketed" (5:13-cv-00347-JM)**

ca08ml_cmecf_Notify     to:                                          03/31/2016 09:49 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 03/31/2016

| | |
|---|---|
| **Case Name:** | Dexter Duren, et al v. URS Corporation |
| **Case Number:** | 16-1778 |
| **Document(s):** | Document(s) |

**Docket Text:**
Civil case docketed. [4383746] [16-1778] (Danialle Walton)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Austin Porter, Jr.: Aporte5640@aol.com
Mr. Brian A. Vandiver: bavandiver@csmfirm.com


The following document(s) are associated with this transaction:
**Document Description:** Civil Docketing Letter
**Original Filename:**
/opt/ACECF/live/forms/dwalton_161778_4383746_CivilDocketingLetters_104.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=03/31/2016] [FileNumber=4383746-0]
[8b749bd9d689547c9f4dd03a26c7830e9c9fe8f040d9f5e19c7d6936cc65517961e43a1757066b00
ee8c16f5b96a16413a58bf42b55721060cd8239f74a68b80]]
**Recipients:**
- Mr. Jim McCormack, Clerk of Court
- Mr. Austin Porter, Jr.
- Mr. Brian A. Vandiver

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4383746
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5515038, 5515039

# UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

## APPEAL BRIEFING SCHEDULE ORDER

Appeal No.    16-1778   Dexter Duren, et al v. URS Corporation

Date:         March 31, 2016

### APPEAL REQUIREMENTS

1. Complete and file immediately:
    A. Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
    B. Entry of Appearance Form.
       Forms are available at: www.ca8.uscourts.gov/all-forms

2. Prepare the Record on Appeal:
    A. Within 10 days, confer with opposing counsel and determine the method of Appendix preparation. See FRAP 30 and 8th Cir. R. 30A.
    B. Within 14 days, order any transcripts required for the appeal and arrange for payment. If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee should order any additional transcripts within 14 days of appellant's order.
    C. Review the "Record on Appeal" at:  www.ca8.uscourts.gov/appeal-preparation-information .

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at:
    www.ca8.uscourts.gov/appeal-preparation-information .

### GENERAL INFORMATION

The following filing dates are established for the appeal. The dates will only be extended upon the filing of a timely motion establishing good cause for an extension of time. An extension of time automatically extends the filing date for the responding or replying party's brief. Dates are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and FRAP 31 for provisions governing filing and service, as well as computing and extending time.

The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be found at www.ca8.uscourts.gov/rules-procedures

The Practitioner's Handbook and the Court's Internal Operating Procedures may also be found at the same address.

## APPEAL BRIEFING SCHEDULE
## FILING DATES:

Method of Appendix Preparation Notification. . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation & Statement of Issues-Appellant . . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation of Record-Appellee. . . . . . . . . . **10 days from service of appellant's designation**

Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **05/10/2016**
    ( **Dexter Duren & Dearther Grice** )

Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **05/10/2016**
    ( **Dexter Duren & Dearther Grice** )

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **30 days from the date the court issues the Notice of Docket Activity filing the brief.**

Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **14 days from the date the court issues the Notice of Docket Activity filing the brief.**

## ALL BRIEFS AND APPENDICES SHOULD BE
## FILED WITH THE ST. LOUIS OFFICE



**16-1778 Dexter Duren, et al v. URS Corporation "Civil Briefing Schedule Set" (5:13-cv-00347-JM)**

ca08ml_cmecf_Notify     to:     03/31/2016 10:07 AM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 03/31/2016

| | |
|---|---|
| **Case Name:** | Dexter Duren, et al v. URS Corporation |
| **Case Number:** | 16-1778 |
| **Document(s):** | Document(s) |

**Docket Text:**
BRIEFING SCHEDULE SET AS FOLLOWS:
Appendix due on 05/10/2016. BRIEF OF APPELLANTS Dexter Duren and Dearther Grice due 05/10/2016.
Appellee brief is due 30 days from the date the court issues the Notice of Docket Activity filing the brief of appellant.
Appellant reply brief is due 14 days from the date the court issues the Notice of Docket Activity filing the appellee brief. [4383763] [16-1778] (Danialle Walton)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Austin Porter, Jr.: Aporte5640@aol.com
Mr. Brian A. Vandiver: bavandiver@csmfirm.com


The following document(s) are associated with this transaction:
**Document Description:** Briefing Schedule
**Original Filename:**
/opt/ACECF/live/forms/dwalton_161778_4383763_AppealBriefingSchedule_172.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=03/31/2016] [FileNumber=4383763-0]
[679f249265eab9cae893b3ed40a01b447b60da0e9919b67c469b28eb2895975ff9dc83fe03f507df

d4cce0cef4bbd90dfa71a7ce350866705f61c3f7b9dcf9fb]]

**Recipients:**
- Mr. Jim McCormack, Clerk of Court
- Mr. Austin Porter, Jr.
- Mr. Brian A. Vandiver

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4383763
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5515073, 5515074

d4cce0cef4bbd90dfa71a7ce350866705f61c3f7b9dcf9fb]]

**Recipients:**
- Mr. Jim McCormack, Clerk of Court
- Mr. Austin Porter, Jr.
- Mr. Brian A. Vandiver

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4383763
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5515073, 5515074